ATTORNEYS AND COUNSELORS AT LAW

July 2, 2010

#7330
$3.77

Office of the Clerk
United States Bankruptcy Court
U.S. Courthouse, Room 1220
100 State Street
Rochester, New York 14614

       RE:   BEDIENT, DOUGLAS V. and aka Douglas Bedient,
       BK No.: 07-21232

Dear Clerk:

     Under FRBP 3010, enclosed please find a Trustee's check in the amount of $3.77, belonging to the estate of the above-named Debtors, and made payable to the Clerk of the U.S. Bankruptcy Court for dividends less than $5.00:

| Claim No. | Claimant | Claim Amount | Date Filed | Dividend |
|-----------|----------|--------------|------------|----------|
| 11 | Verizon Wireless Northeast AFNI/Verizon Wireless 404 Brock Drive Bloomington, IL 61701 | $420.92 | 04/20/07 | $3.77 |

Sincerely,

Madeline M. Stolt
Paralegal
Encl.



F I L E D

JUL - 6 2010

BANKRUPTCY COURT
ROCHESTER, NY

1600 Crossroads Building     585 232 3730
Two State Street     FAX 585 232 3882     CHAMBERLAIN D'AMANDA OPPENHEIMER & GREENFIELD LLP
Case 2-07-21232-JCN   Doc 108   Filed 07/06/10   Entered 07/07/10 12:18:06   Desc
Main Document     Page 1 of 1